■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS VILLANUEVA, Appellant, v STEPHEN D'ALSHEIM, as Superintendent of the Ossining Correctional Facility, et al., Respondents.—Appeal from a judgment of the Supreme Court, Westchester County, dated July 19, 1978, dismissed as academic, without costs or disbursements. The judgment was superseded by an order of the same court, dated August 31, 1978, which, upon reargument, adhered to the original determination. Order dated August 31, 1978, af-

firmed, without costs or disbursements. No opinion. Mollen, P. J., Hopkins, Damiani, Titone and Shapiro, JJ., concur.